KAMER ZUCKER ABBOTT
Carol Davis Zucker    #2543
Jen J. Sarafina       #9679
Nicole A. Young       #13423
3000 West Charleston Blvd, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
czucker@kzalaw.com
jsarafina@kzalaw.com
nyoung@kzalaw.com

Attorneys for Defendant
Southern Nevada T.B.A. Co.
d/b/a Ted Wiens Auto & Tire Centers

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ACUNA; and JERRY SCHAFFER, as individuals, and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>SOUTHERN NEVADA T.B.A. CO., a Nevada Corporation, doing business as "TED WIENS TIRE & AUTO CENTERS",<br><br>            Defendants. | Case No. 2:16-cv-00457-GMN-(GWF)<br><br>**STIPULATION AND ORDER<br>REGARDING STATUS OF STAY** |

By and through their respective counsel of record, Plaintiffs DANIEL ACUNA and JERRY SCHAFFER and Defendant SOUTHERN NEVADA T.B.A. CO. ("Plaintiffs"), a Nevada Corporation, doing business as "TED WIENS TIRE & AUTO CENTERS" ("Ted Wiens"), with Plaintiffs and Ted Wiens collectively referenced as "Parties," hereby stipulate as follows:

1. At their mediation on January 25, 2017, the parties agreed to resolve this matter. Within thirty (30) days, by February 24, 2017, the parties will file a joint

motion/stipulation for court approval of the terms of resolution with the Court. The stay of this matter expires February 21, 2017.

2. For the above-referenced reasons, the parties respectfully request the Court extend the stay until the joint motion/stipulation for court approval of the resolution of this matter is filed on February 24, 2017.

DATED: January 27, 2017

| LAW OFFICES OF STEVEN J. PARSONS | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Andrew Rempfer | By: /s/ Nicole A. Young |
| Steven Parsons, Esq.<br>Andrew Rempfer, Esq.<br>Joseph Mott, Esq.<br>10091 Park Run Drive, Suite 200<br>Las Vegas, Nevada 89145<br><br>Attorneys for Plaintiffs | Carol Davis Zucker   #2543<br>Jen J. Sarafina   #9679<br>Nicole A. Young   #13423<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Tel:   (702) 259-8640<br>Fax:   (702) 259-8646<br><br>Attorneys for Defendant<br>Southern Nevada T.B.A. Co.<br>d/b/a Ted Wiens Auto & Tire Centers |

## ORDER

**IT IS SO ORDERED.**

DATED: 1/30/2017

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE