UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL ACUNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN NEVADA T.B.A. CO..,<br><br>Defendant. | Case No. 2:16-cv-00457-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a status report. On November 6, 2018, the court conducted a hearing in this matter. The Court instructed the parties to file a status report no later than November 20, 2018, if a motion for final approval was not filed. The parties have not filed the motion and have failed to file a status report. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a status report no later than **December 10, 2018.**

Dated this 3rd day of December, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE