UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL ACUNA, et al.,<br><br>　　　　　　　　Plaintiffs,<br>v.<br>SOUTHERN NEVADA T.B.A. CO..,<br><br>　　　　　　　　Defendant. | Case No. 2:16-cv-00457-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' proposed notice of final fairness hearing (ECF No. 100), filed on February 19, 2019.

The Court has reviewed the parties' proposed notice and approves of such notice. The parties and/or Plaintiff shall serve this notice on the class members no later than **February 28, 2019** and the parties and/or Plaintiff are required to file a certificate of service indicating that the notice was sent to the class members no later than **March 1, 2019**. Accordingly,

**IT IS HEREBY ORDERED** that the parties and/or Plaintiff shall serve this notice on the class members no later than **February 28, 2019**.

**IT IS FURTHER ORDERED** that the parties and/or Plaintiff are required to file with the Court a certificate of service indicating that the notice was sent to class members no later than **March 1, 2019**.

Dated this 20th day of February, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE